5-24-CV-01227-XR-RBF

FILED
MAR 06 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY [signature]
DEPUTY CLERK

# TABLE of CONTENTS


- More Definitive Statement + Show Cause Order Response
- Evidence 1-6

Exhibit 1. Evidence, CAPITAL ONE BANK, 1st 30 DAYS my Identity was sold and acct. ending 6558 was NOT the Acct. of Plaintiff that was added to Plaintiffs Consumer Report on July 1, 2024

Exhibit II CAPITAL ONE BANK, 2nd 60 Days Investigation shows as verified & Accurate showing there was NO Investigation 7/18/2024

Exhibit III CAPITAL ONE BANK, Shows NO investigation done simply trying to buy more time than needed and are or allowed by law 30 days Oct 31, 2024

IV. Experian Report shows Capital one sold my Identity to Portfolio Recovery Associates 90 DAYS to Respond & Correct on 7/18/

V. Shows evidence of injury from Credit denial from Experian Report

VI. AFFIDAVIT OF FACTS with 1st Hand KnowledGE

Jason of the Family Contreras (living Man)
on behalf of
JASON CONTRERAS (principle)
c/o 5342 LA CRESENTA
SAN ANTONIO, Texas Republic
[78228]

5-24-CV-01227-XR-RBF

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS - SAN ANTONIO DIV.

PLAINTIFF - Jason Contreras
on behalf of
JASON CONTRERAS

- VS -

DEFENDANT - CAPITAL ONE BANK

PLAINTIFFS RESPONSE TO COURTS REQUEST FOR MORE DEFINITIVE STATEMENT & SHOW CAUSE ORDER.

1. JURISDICTION

This COURT HAS JURISDICTION under 28 USC § 1331, as this action ARISES UNDER THE FAIR CREDIT REPORTING ACT (FCRA) 15 USC § 1681 et seq, & the FAIR DEBT COLLECTIONS PRACTICES ACT (FDCPA) 15 USC § 1692 et seq. THE COURT also has SUPPLEMENTAL JURISDICTION over any related State Law claims under 28 USC § 1367.

## 2. FACTUAL AllEGATIONS

Firsthand Knowledge of PlAINTIFF.

- CAPITAL ONE BANK REPORTED a NEGATIVE ACCOUNT with Same NAME, different SOCIAL SECURITY NUMBER and a different Date of BIRTH of 02-27-03 PlAINTIFF'S Social Security Number ends in 1821 & WAS A D.O.B. OF 11-27-1978

- PLAINTIFF is obviously NOT ASSOCIATED WITH THIS ACCOUNT FROM CAPITAL ONE BANK ending in 6558.

- PLAINTIFF DISCOVERED THIS ACCOUNT ENDING IN 6558 incorrect reporting in July 2025 and made eleven Phone Call disputes with CAPITAl ONE BANK in the month of July 1, 2024 At 9:00 Am PlAINTIFF called CapiTAl ONE BANK AND was not able to remove account because HE did NOT Know the other Social Security Number but was verified by Rep. as belonging to another individual.

- PLAINTIFF CAllED ON July 2. 2024 12pm and Representative from Capital One Could not remove the account ending in 6558 PlAINTIFF called July 3, Spoke to 9 reps from capital ONE BANK Including Fraud Dept, Credit. Dept. and could not remove Acct

was told to dispute with credit Reporting Agency Plaintiff Disputed info 3 times & came back as Capital One Verified As ACCURATE. Reinvestigation was verified as Accurate by both Experian & Capital One showing the Account was Never Actually INVESTIGATED but was sent a computer generated response to plaintiff as verified accurate. in compliance with 15 USC § 1681 (a) 1.

- Despite Capital ONE BANK'S legal Duty to investigate and correct the INACCURACIES within 30 days It failed to do so not once, not twice, but 3 times violating 15 USC§ 1681 s-2 (b).

3. LEGAL CLAIMS

- violation of FCRA (15 USC § 1681 s-2 (a) & (b)) Capital ONE Reported False Credit information & failed to correct a proper investigation After Receiving Plaintiff's Dispute's.
- VIOLATION of (FDCPA) (15 USC § 1692 e & 1692 f). Capital ONE ACTED AS A DEBT COLLECTOR it engaged in unfair and misleading practices by attempting to collect or Report a Debt

5-24-cv-01227-RBF

PLAINTIFF DID NOT OWE

- NEGLIGENCE & WILLFULL NONCOMPLIANCE (15 USC §§ 1681 N & 1681 O) Capital ONE either Negligently or willfully failed to Correct the misinformation despite repeated disputes.

# 4. Damages Suffered.

Due to Capital One Banks actions, PLAINTIFF SUFFERED:

- Denial of Credit Opportunities Shown in Exhibit IV & Exhibit V
- Emotional Distress AND Reputational Harm
- Time & Expenses in Disputing the erroneous Information
- Anxiety & Depression from multiple Attempts to correct from Infringing upon my peaceful Enjoyment

# 5. Relief Sought

PLAINTIFF REQUESTS:

- Immediate Deletion of the Incorrect account ending in 6558 + to notify Portfolio Recovery Associates LLC of their Mistake

5:24-CV-01227-XR-RBF

- STATUTORY Damages of $1000.00 per violation
- Actual Damages for Financial & Emotional Harm in the Amount of $500,000.00.
- Punitive Damages for willful Non-compliance in the Amount of $1,500,000.00. (One million FIVE HUNDRED Thousand Dollars & no/cents)
- REAL and PERSONAL DAMAGES $1,500,000.00
- Legal fees, time to study AND Research this erroneous CREDIT INFORMATION, time taken from work.
- Infringement upon my peaceful Enjoyment
- Any further relief that the Court deems just and proper in Light of the egregious Nature of Defendant's Negligence and its Impact on PLAINTIFFS financial and personal well-being.

## II Response to Show Cause Order.

The Court ISSUED A SHOW CAUSE ORDER REQUESTING JUSTIFICATION for why this CASE Should not be dismissed. PLAINTIFF submits the following.

1. VALID CAUSE OF ACTION UNDER FCRA and FDCPA

- PLAINTIFF has a solid clear claim under 15 USC § 1681 s - 2 (b) AS CAPITOL ONE BANK Failed Three Times To Properly INVESTIGATE AND Correct FAlSE CREDIT REPORTING

- PLAINTIFFS CLAIM IS SUPPORTED BY DISPUTE Letters of RESPONSE from CapiTAL ONE BANK and verification from PorTFOLIO Recovery ASSOC. LLC Representative BRENEAY who verified d.o.b. of 02/27/03 on the consumer report of Jason Contreras social Security # 1821 & D.O.B. of 11/27/1978 at 9 am ON Friday Morning of 02/20/2025 That the information did belong to another Individual

2 STANDING TO SUE (ARTICLE III)

- PLAINTIFF Has Suffered a CONCRETE INJURY INCLUDING FINANCIAL HARM, loss of credit OPPURTUNITIES, and EMOTIONAL DISTRESS, Satisfying SPOKEO v RUBINS 578 US 330 (2016)

3. CAPITAL ONE BANK'S PATTERN OF NONCOMPLIANCE

- PLAINTIFF RESPECTFULLY REQUESTS THE COURT TO ACCEPT THIS MORE DEFINITIVE STATEMENT, RECOGNIZE the SUFFICIENCY of the LEGAL CLAIMS AND ALLOW this Case TO PROCEED.

- RESPECTFULLY REQUEST A SUMMARY JUDGEMENT Or SUM TYPE OF JUDGEMENT THE COURT Finds Suitable from the many Attempts to correct Information.

5-24-CV-01227-XR-RBF

# CONCLUSION AND PRAYER FOR RELIEF

PLAINTIFF RESPECTFULLY REQUESTS THE COURT TO ACCEPT This MORE DEFINITIVE STATEMENT, RECOGNIZE the SUFFICIENCY OF THE LEGAL CLAIMS and award PLAINTIFF for DAMAGES.

GIVEN THE DEFENDANTS RECKLESS DISREGARD FOR THE ACCURACY OF CONSUMER CREDIT REPORTS PLAINTIFF PRAYS THAT THE COURT TAKES INTO ACCOUNT THE SEVERE HARM INFLICTED UPON PLAINTIFF AND GRANTS FULL AND FAIR RELIEF AS OUTLINED ABOVE. IN THE LORD'S NAME WE PRAY. AMEN.

Respectfully Submitted
On 02/28/2025 by U.S.P.S MAIL
JASON CONTRERAS (principle)
&
Jason of the family Contreras (Living man)
Proof BY American Red CROSS BLOOD DONOR CARD

I Solemnly Swear Under Penalty By Perjury that the Statements made here in pages 0-7 are First hand Knowledge of Facts & the Truth to best of my belief with Two witnesses at hand to witness

1 Dadrian N. Contreras (living man)

2) x Danny E Cruz (living Man)

By [signature]

5:24-CV-01227-XR-RBF

July 23, 2024

Capital One
Capital One
P.O. Box 30285

Portfolio Recovery Associates, LLC now owns your account

Evidence
EXHIBIT - 1
(A)

July 18, 2024

JASON CONTRERAS 000131959
5342 LA CRESENTA ST Q103
SAN ANTONIO, TX 78228-4421

You have damaged my consumer credit profile your rep even stated b-days do not match you currently owe 1000 dollars for violating FCRA FDCPA CCPA

Re: Account ending in 6558

**Important Update: Portfolio Recovery Associates, LLC now owns your account.**

Dear JASON CONTRERAS,

[redacted] nce of $417.54 and your account agreement were sold and [redacted] to:

my Bday is 11-27-1978
Social 1821

[redacted] now the owner of your account and is responsible for collecting [redacted] tions you might have. They may contact you about your account

[redacted] ase do not send future payments to Capital One.

[redacted] er. We understand that difficult financial situations can happen [redacted] rd.

no you don't understand [redacted] have done. I am gonna sue you in federal court for more than 1000.00 dollars if not paid in 7 days

Capital One

Puerto Rico Residents: You can request a copy of this document in Spanish.
Residentes de Puerto Rico: Pueden solicitar una copia de este documento en Español.

1st & 2nd warning no 2nd notice

THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.

given in 21 days you must respond with payment in 7 days & proof this is my acct with corporate records, corporate accounting verifiable info, Bday, Social, wet signature failure

© 2024 Capital One. Capital One is a federally registered service mark.

①

Card_LtrCD0090/MAIL:AP/CD003702/P:null/O:N/EC:N/EM:000PG- 1/QA-1

4 + 6

5-24-cv-01227-XR-RBF

July 23, 2024

Capital One
P.O. Box 30285

Portfolio Recovery Associates, LLC now owns your account

Evidency

**EXHIBIT - 1**

(A)

July 18, 2024

You have damaged my consumer credit profile your rep even stated 5-days do not matter you currently owe 1000 dollars for violating FCRA FDCPA CCPA

JASON CONTRERAS
5342 LA CRESENTA ST
SAN ANTONIO, TX 78228-4421

000131959
Q103

Re: Account ending in 6558

**Important Update: Portfolio Recovery Associates, LLC now owns your account.**

Dear JASON CONTRERAS,

Your credit card account with a balance of $417.54 and your account agreement were sold and transferred on or about 07/18/2024 to:

Portfolio Recovery Associates, LLC
1-800-772-1413
PO Box 12914
Norfolk, VA 23541

My Bday is 11-27-1978
Social 1821

Portfolio Recovery Associates, LLC is now the owner of your account and is responsible for collecting future payments and answering questions you might have. They may contact you about your account directly or through a representative.

Since your Account has been sold, **please do not send future payments to Capital One.**

Thank you for your time as our customer. We understand that difficult financial situations can happen and we wish you the best going forward.

no you don't understand what you have done. I am gonna sue you in federal court for more than 1000 dollars if not paid in 7 days

Sincerely,

Capital One

Puerto Rico Residents: You can request a copy of this document in Spanish.
Residentes de Puerto Rico: Pueden solicitar una copia d[illegible]mento en Español.

1st & 2nd warning no 2nd notice

THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.

given in 21 days you must respond with payment in 7 days & proof this is my acct with Corporate records, Corporate Accounting verifiable info, Bday, Social, wet signature failure

© 2024 Capital One. Capital One is a federally registered service mark.

Card_LtrCD0090/MAIL:AP/CD003702/P:null/O:N/EC:N/EM:000PG- 1/QA-1

4 & 6

to provide documentary evidence will result in default judgment, punitive actual injuction or etc You will be civilly liable for placing this acct. that is NOT mine. If you can provide proof which I know you cant because Ive never had a shitty over priced credit card from Capital One.

Have a bad day like you did to me. + selling my info to 3rd party You owe 2,000.00 Dollars NOW.

Best Regards

JASON CONTRERAS
legal person

By Jason-Contreras
living man

© 2024 Capital One. Capital One is a federally registered service mark.

5:24-CV-01227-XR-RBF

# EXHIBIT - 2

Verified with Different Socials

Capital One
P.O. Box 31293
Salt Lake City, UT 84131-1293

October 02, 2024

JASON CONTRERAS
5342 LA CRESENTA ST
SAN ANTONIO, TX 78228--4421

000025064
Q103

NOT MY ACCT

Re: Account ending in 6558
Case Number: 240822194476645

But yet It Remains on my Social ending 1821

Dear JASON CONTRERAS,

Thanks for contacting Capital One® about possible fraud on your credit card account. We've finished our investigation of your fraud claim. Our research found no signs of fraud. As a result, we haven't made any adjustments to your account.

If you have any questions, please give us a call at 1-800-258-9319 ext: 7005246. You can reach us Monday through Friday from 8 a.m. to 8 p.m. ET. If you've previously been notified that a third party now handles your account, please call that company directly.

Sincerely,

Capital One Customer Fraud Protection

NO INVESTIGATION & verified As Accurate on Plaintiff's Consumer Credit Report still stands acct 6558 as Negative

© 2024 Capital One. Capital One is a federally registered service mark.

2

5 of 6

CD0169/66fdacb3fec24c05f8dca0e4/P:Y 1/QA-1

Exhibit
Evidence.

Capital One
P.O. Box 31293
Salt Lake City, UT 84131-1293

October 31, 2024

JASON CONTRERAS 000003591
5342 LA CRESENTA Q103
SAN ANTONIO, TX 78228

Re: Capital One® account ending in 6558
Case Number: 241025195781907

Dear JASON CONTRERAS,

Thanks for contacting us about your credit bureau report. In order for us to research your request, please send us the information listed below by 11/29/2024.

- Any supporting documentation, such as your credit report, showing that we've sent incorrect information to the credit reporting agencies.
- A copy of this letter, with the last 4 digits of your account number written in the space below.
- A copy of the original correspondence you sent to us about your credit report.
- *Additional items highlighted below.

Sent in 1st Letter which was 1st mail dispute look for It.

Please note, we can't take action on your request until we receive this information. We apologize for any inconvenience this may cause. Once we receive it, we'll get back to you within 30 days. You can send the information using the enclosed envelope to:

Capital One®
P.O. Box 31293
Salt Lake City, UT 84131-1293

For more information about credit bureau reporting, please see the Credit Bureau Frequently Asked Questions on our website, www.capitalone.com/credit-cards/faq.

Sincerely,

Capital One® Credit Bureau Resolutions

- Its Same Name different Social How you gonna tell its not mine. Thats dumb
- Its not my Acct dob is different
- you Sold it to third party
- I Sent you back the Original I think it ends 6558

3

CD0131/6722e6596b407b0585f7db51/P:Y 1/QA-1

5-24-CV-01227-XR-RBF Evidence
Exhibit IV

PO Box 9701
Allen, TX 75013

0013134 01 MB 0.62 **AUTO T2 0 7042 78228-442142 -C01-P13147-I
JASON CONTRERAS ESTATE
5342 LA CRESENTA
SAN ANTONIO TX 78228-4421

experian™

# Your Dispute Results

Report # **3394-9637-52** for **Feb 17, 2025**

ONLY 1 Negative Acct Portfolio Rec. Assoc. LLC

# Hi, Jason. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

DISPUTED ITEM NOT LISTED ON CREDIT REPORT

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

Deleted - This item was removed from your credit report. Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Updated (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. Processed - This item was either updated or deleted; Please review your report for the details. Verified and Updated - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

7042-01-00-0013134-0003-0019632

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

4

Evidence back side of Report Exhibit IV

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

- Current / Terms met
- Past due 30 Days
- Past due 60 Days
- Past due 90 Days
- 120 Past due 120 Days
- Past due 150 Days
- Past due 180 Days
- Creditor received deed
- Foreclosure proceedings started
- Foreclosure
- Voluntarily surrendered
- Repossession
- Paid by creditor
- Insurance claim
- Claim filed with government
- Defaulted on contract
- Collection
- Charge off
- Closed
- No data for this period

# Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**PORTFOLIO RECOVERY ASSOCIATES** Partial Acct # 517805751993.... Debt Buyer from Cap One Bank **Status (Jul 2024)** Collection account. $418 past due as of Jan 2025.

120 CORPORATE BLVD STE 100 NORFOLK VA 23502; (844) 675 3408

**Date opened**
Jul 2024

**Address ID #**
0156643498

**Original Creditor**
CAPITAL ONE N.A.

**Type**
Debt Buyer

**Responsibility**
Individual

**Terms**
1 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$418

**High Balance**
Not reported

**Recent Balance**
$418 as of Jan 2025

This account is scheduled to continue on record until Aug 2029.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Payment history:** Oct 2024 - Jan 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | C | | | | | | | | | | | |
| 2024 | | | | | | | | | | C | C | C |

| | Dec24 | Nov24 | Oct24 |
|---|---|---|---|
| Account Balance | $418 | $418 | $418 |
| Date Payment Received | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data |

*The original amount of this account was $418*

# Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

7042-01-00-0013134-0003-0019632

5-24-CV 01227-XR-RBF IV

**Dispute Results** (Continued)

Your Positive Account Activity (Continued)

**CHIME/STRIDE BANK NA** Partial Acct # 72711624319.... **Status (Jan 2025)** Open/Never late.
PO BOX 417 SAN FRANCISCO CA 94104; (844) 244 6363

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent Balance** | **Responsibility** |
|---|---|---|---|---|---|
| Secured Card | Nov 2024 | 0156643498 | Not reported | $0 /paid as of Jan 2025 | Individual |
| **Terms** | **Monthly payment** | **High Balance** | | | |
| 1 Months | $0 | $0 | | | |

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

***Hard inquiries*** are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

⚠ Hard inquiries may stay on your report up to two years.

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 **Aug 05, 2024**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Sep 2026.

BK OF AMER PO BOX 982238 EL PASO TX 79998 (800) 421 2110 **Apr 23, 2024**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until May 2026.

DISCOVER FINANCIAL SERVI 12 READS WAY NEW CASTLE DE 19720 (800) 347 2683 **Jun 22, 2023**
REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2025.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

***Soft inquiries*** are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

ℹ Soft inquiries DO NOT impact your credit score.

CAPITAL ONE 15000 CAPITAL ONE DR RICHMOND VA 23238 **No phone # available** INQUIRY DATES: 07.11.2024 |

CREDIT ONE BANK NA PO BOX 98875 LAS VEGAS NV 89193 (877) 825 3242 INQUIRY DATES: 02.04.2025 | 07.13.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 INQUIRY DATES: 02.13.2025 | 02.06.2025 | 01.30.2025 | 01.23.2025 | 01.16.2025 | 01.09.2025 | 01.02.2025 | 12.26.2024 | 12.19.2024 | 12.12.2024 | 12.05.2024 | 11.28.2024 | 11.21.2024 | 11.14.2024 | 11.07.2024 | 10.31.2024 | 10.24.2024 | 10.17.2024 | 10.10.2024 | 10.03.2024 | 09.26.2024 | 09.19.2024 | 09.12.2024 | 09.05.2024 | 08.29.2024 | 08.22.2024 | 08.15.2024 | 08.08.2024 | 08.01.2024 | 07.25.2024 | 07.18.2024 | 07.15.2024 | 07.13.2024 | 07.04.2024 | 06.27.2024 | 06.20.2024 | 06.13.2024 | 06.06.2024 | 05.30.2024 | 05.23.2024 | 05.16.2024 | 05.09.2024 | 05.02.2024 | 04.25.2024 | 04.23.2024 | 04.18.2024 | 04.11.2024 | 04.04.2024 | 03.28.2024 | 03.21.2024 | 03.14.2024 | 03.07.2024 | 02.29.2024 | 02.22.2024 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** INQUIRY DATES: 01.28.2025 | 10.31.2024 | 08.05.2024 | 04.23.2024 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 INQUIRY DATES: 07.13.2024 |

EXPERIAN CREDITMATCH 475 ANTON BLVD # D4 COSTA MESA CA 92626 **No phone # available** INQUIRY DATES: 08.01.2024 | 07.15.2024 | 07.13.2024 | 04.23.2024 | 03.17.2024 |

7042-01-00-0013134-0002-0019631

**Who Has Viewed Your Consumer Information** (Continued)

EXPERIAN CREDITMATCH 475 ANTON BLVD # D4 COSTA MESA CA 92626 **No phone # available** INQUIRY DATES: 06.03.2024 | 06.02.2024 | 06.01.2024 | 05.31.2024 | 05.30.2024 | 05.29.2024 | 05.28.2024 | 05.27.2024 | 05.26.2024 | 05.25.2024 | 05.24.2024 | 05.23.2024 | 05.22.2024 | 05.21.2024 | 05.20.2024 | 05.19.2024 | 05.18.2024 | 05.17.2024 | 05.16.2024 | 05.15.2024 | 05.14.2024 | 05.13.2024 | 05.12.2024 | 05.11.2024 | 05.10.2024 | 05.09.2024 | 05.08.2024 | 05.07.2024 | 05.06.2024 | 05.05.2024 | 05.04.2024 | 05.03.2024 | 05.02.2024 | 05.01.2024 | 04.30.2024 | 04.29.2024 | 04.28.2024 | 04.27.2024 | 04.26.2024 | 04.25.2024 | 04.24.2024 | 04.23.2024 | 04.22.2024 | 04.21.2024 | 04.20.2024 | 04.19.2024 | 04.18.2024 | 04.17.2024 | 04.16.2024 | 04.15.2024 | 04.14.2024 | 04.13.2024 | 04.12.2024 | 04.11.2024 | 04.10.2024 | 04.09.2024 | 04.08.2024 | 04.07.2024 | 04.06.2024 | 04.05.2024 | 04.04.2024 | 04.03.2024 | 04.02.2024 | 04.01.2024 | 03.31.2024 | 03.30.2024 | 03.29.2024 | 03.28.2024 | 03.27.2024 | 03.26.2024 | 03.25.2024 | 03.24.2024 | 03.23.2024 | 03.22.2024 | 03.21.2024 | 03.20.2024 | 03.19.2024 | 03.18.2024 | 03.17.2024 | 03.16.2024 | 03.15.2024 | 03.14.2024 | 03.13.2024 | 03.12.2024 | 03.11.2024 | 03.10.2024 | 03.09.2024 | 03.08.2024 | 03.07.2024 | 03.06.2024 | 03.05.2024 | 03.04.2024 | 03.03.2024 | 03.02.2024 | 03.01.2024 | 02.29.2024 | 02.28.2024 | 02.27.2024 | 02.26.2024 | 02.25.2024 | 02.24.2024 | 02.23.2024 | 02.22.2024 | 02.21.2024 | 02.20.2024 | 02.19.2024 | 02.18.2024 | 02.17.2024 |

---

FIRST ADVANTAGE/EMPLOYMENT 140 FOUNTAIN PKWY N STE 410 ST PETERSBURG FL 33716 (727) 290 1000 INQUIRY DATES: 11.14.2024 |

---

ID ME INC 8281 GREENSBORO DR STE 600 TYSONS CORNER VA 22102 (866) 775 4363 INQUIRY DATES: 09.30.2024 | 08.23.2024 | 08.15.2024 |

---

JPMCB PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117 INQUIRY DATES: 01.02.2025 | 12.01.2024 | 11.01.2024 | 10.01.2024 | 09.01.2024 |

---

JPMCB CCB PO BOX 15298 WILMINGTON DE 19850 (800) 935 9935 INQUIRY DATES: 07.26.2024 |

---

JPMCB CJ PO BOX 15298 WILMINGTON DE 19850 (888) 401 0550 INQUIRY DATES: 02.15.2025 | 01.29.2025 | 01.18.2025 | 12.21.2024 | 11.23.2024 | 11.01.2024 | 10.26.2024 | 09.28.2024 | 08.31.2024 | 08.03.2024 |

---

PORTFOLIO RECOV ASSOC 120 CORPORATE BLVD STE 100 NORFOLK VA 23502 (844) 675 3408 INQUIRY DATES: 01.29.2025 | 08.07.2024 |

---

# Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

**Personal information DOES NOT impact your credit score at all.**

**NAMES**

JASON CONTRERAS — Name ID #:5385

**ADDRESSES**

5342 LA CRESENTA ST
SAN ANTONIO TX 78228-4421 — Geo Code: 0-18050420-29-7240; Address ID #: 0156643498 Address Type: Single family

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

2003

**TELEPHONE NUMBERS**

| | |
|---|---|
| 726 247-1177 | Cellular |
| 361 231-2257 | Cellular |
| 210 441-8769 | Cellular |

7042-01-00-0013134-0002-0019631

**Notification of Rights for Texas Consumers**

The Texas Business and Commerce Code requires that Texas consumers be given notice of their rights with written disclosure. You have the right to obtain a copy of your personal credit report from Experian online at www.experian.com/consumer, by calling 1 888 EXPERIAN (1 888 397 3742), or by writing to us at P.O. Box 2002, Allen, TX 75013. If you write to us, always include your full name including middle initial (and generation such as JR, SR, II, III); current mailing address; date of birth (month/date/year); and previous addresses for the past two years. Include one copy of a government issued identification card, such as a driver's license, state ID card, etc.; and one copy of a utility bill, bank or insurance statement, etc. Make sure that each copy is legible (enlarge if necessary), displays your name and current mailing address, and the date of issue (statement dates must be recent). We are unable to accept credit card statements, voided checks, lease agreements, magazine subscriptions, or postal service forwarding orders as proof of your address and identity. To protect your personal information, Experian does not return correspondence sent to us. Send copies of any documents you wish to provide to us and always retain your original documents. The fee for a credit report is $12.45 (includes tax).

You have the right to dispute information in your credit report that you believe is inaccurate. You may dispute online at www.experian.com/disputes, or by calling the toll-free number or writing to us at the address on your credit report. The account name and number and a specific reason why you believe the information is inaccurate should be included. Experian will verify disputed information with the source, which may take up to 30 days, or 45 days for information in an annual free credit report, and then notify the consumer of the results of the investigation.

You have a right to place a fraud security alert statement on your credit report that alerts anyone who reviews your credit information that your identity may have been used without your consent and requests that the reviewer verifies your identity before issuing credit. If an alert is added, approvals of credit, rental housing, insurance, employment, etc. requested by you may be delayed or rejected. You may request a security alert online at www.experian.com/fraud or by calling 1 888 EXPERIAN (1 888 397 3742). Consumers who add a one-year security alert may request a complimentary copy of their report by visiting www.experian.com/initialfraudreport or by calling 1 (800) 360-7540. To remove a security alert, the consumer must submit the request in writing.

Texas consumers have a right to file action in court to enforce an obligation of a consumer reporting agency. Or, if agreed to by both parties, after the consumer has followed the normal dispute procedures and received their notice of the results of the investigation, the matter may be submitted to binding arbitration in the manner provided by the rules of the American Arbitration Association.

7042-01-00-0013134-0001-0019630

6

Capital One®

EXHIBIT V
Denial of Credit
Evidence

11-2-24

11/02/2024

7

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024

Reference: 282622013

JASON CONTRERAS
5342 LA CRESENTA
SAN ANTONIO TX 78228

Q103
000033518

Dear JASON CONTRERAS,

On 10/25/24, NORTH PARK LEXUS AT DOMINION sent us an application for auto financing on your behalf. After reviewing the application and information from your credit report, we wanted to let you know that we cannot provide you with auto financing at this time. Here's why:

- **Applicant** : Number of revolving accounts that have been charged-off by a lender
- **Applicant** : Original amount of recently-opened personal finance accounts reflects an insufficient history of credit line management
- **Applicant** : Original amount of personal finance accounts reflects an insufficient history of credit line management
- **Applicant** : Number of accounts that have been charged-off by a lender

The only addition to your credit report will be an inquiry from us which was used to review your credit history.

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

| | | |
|---|---|---|
| Experian | Equifax Information Services | TransUnion Consumer Solutions |
| P.O. Box 2002 | P.O. Box 740241 | P.O. Box 1000 |
| Allen, TX 75013 | Atlanta, GA 303[illegible]241 | Chester, PA 19016 |
| (888) 397-3742 | (800) 685-1111 | (800) 888-4213 |

Sincerely,

Capital One Auto Finance

See next page for important disclosures

7

Capital One Auto Finance is a division of Capital One, National Association.

AA_PostDlr_Dcln_953

233

5-24-CV-01227-XR Evidence

Denial of Cr

Exhibit V (A)

5-A

Ally Bank
P.O. Box 814450
Dallas, Texas 75381-4450

February 11, 2025

JASON CONTRERAS
5342 LA CRESENTA
SAN ANTONIO, TX 78228

1-877-401-2559
Application Number 1152207272

297399-009349

We were recently informed by The Ancira-winton Chevrolet, Inc., 6111 Bandera Rd, San Antonio, TX, 78238-1643 that it was considering the credit sale or lease of a 2020 CHEVROLET MALIBU to you and asked whether we would be prepared to accept your obligation if the transaction was completed.

We must regretfully inform you that we were not agreeable to handling the proposed transaction.

Our decision was based in whole or in part on information in a report from the credit reporting agency (or agencies) listed below:

| | | | | | |
|---|---|---|---|---|---|
| Applicant TransUnion | P.O. Box 1000 | Chester | PA | 19022 | 800-888-4213 |
| Applicant Equifax | P.O. Box 740241 | Atlanta | GA | 30374 | 800-685-1111 |
| Applicant Experian | PO Box 40 | Allen | TX | 75013-0043 | 844-922-2743 |
| Applicant SageStream, LLC | PO Box 105108 | Atlanta | GA | 30348-5108 | 888-395-0277 |

You have a right under the Fair Credit Reporting Act to know the information in your credit file at the consumer reporting agency (or agencies). The reporting agency (or agencies) did not make our decision for us and cannot supply specific reasons for our decision. You have a right to a free copy of your report(s) from the consumer reporting agency (or agencies), if you ask no later than 60 days after you receive this notice. If you find that any information in the report(s) you receive is inaccurate or incomplete, you have the right to dispute the matter with the consumer reporting agency (or agencies).

**Information about your credit score from Equifax:**
We obtained your credit score from Equifax and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 521
Date: January 28, 2025
Scores range from a low of 250 to a high of 900
Key factors that adversely affected your credit score:

- Serious delinquency, and public record or collection filed (Applicant) Portfolio Recov. Assoc.
- Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high (Applicant)
- Length of time accounts have been established (Applicant)
- Time since delinquency is too recent or unknown (Applicant)
- Inquiries are a key factor (Applicant).

**If you have any questions regarding your Equifax credit score, you should contact Equifax at:**

Address: P.O. Box 740241
Atlanta GA 30374
Toll-free telephone number: 800-685-1111

ADVERSE ACTION means a change of Terms.

8

9959ADACN2

The following table relates to your ***auto finance*** *credit score** that we obtained in connection with your application for auto financing. This information may not have been the only basis used in our credit decision. We may also have based our decision on information provided on your application, as well as internal records of Capital One accounts you may have now, or have had in the past.

*Please note that your ***auto finance*** *credit score* may differ from other credit/ FICO scores. If you have questions about your ***auto finance*** *credit score*, please contact the consumer reporting agency listed below. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

| Your Credit Score | |
|---|---|
| Your Credit Score | 488<br>Source: Experian Date: 10/25/2024 |

| Understanding Your Credit Score | |
|---|---|
| The range of scores | Scores range from a low of 250 to a high of 900. |
| Key factors that adversely affected your credit score | • Serious delinquency<br>• Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high<br>• Time since delinquency is too recent or unknown<br>• Number of accounts with delinquency<br>• Number of recent inquiries on credit report |

**Equal Credit Opportunity Act**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G St NW, Washington, DC 20552.

2 1531 IH 10 78257
Ste 600

P 126872

Capital One Auto Finance is a division of Capital One, National Association.

AA_PostDlr_Dcln_953

233. 5-24-CV-01227-XR ... Evidence

Denial of Cr

Exhibit V (A)

5-A

Ally Bank
P.O. Box 814450
Dallas, Texas 75381-4450

February 11, 2025

JASON CONTRERAS
5342 LA CRESENTA
SAN ANTONIO, TX 78228

1-877-401-2559
Application Number 1152207272

297399-009349

We were recently informed by The Ancira-winton Chevrolet, Inc., 6111 Bandera Rd, San Antonio, TX, 78238-1643 that it was considering the credit sale or lease of a 2020 CHEVROLET MALIBU to you and asked whether we would be prepared to accept your obligation if the transaction was completed.

We must regretfully inform you that we were not agreeable to handling the proposed transaction.

Our decision was based in whole or in part on information in a report from the credit reporting agency (or agencies) listed below:

| | | | | | |
|---|---|---|---|---|---|
| Applicant TransUnion | P.O. Box 1000 | Chester | PA | 19022 | 800-888-4213 |
| Applicant Equifax | P.O. Box 740241 | Atlanta | GA | 30374 | 800-685-1111 |
| Applicant Experian | PO Box 40 | Allen | TX | 75013-0043 | 844-922-2743 |
| Applicant SageStream, LLC | PO Box 105108 | Atlanta | GA | 30348-5108 | 888-395-0277 |

You have a right under the Fair Credit Reporting Act to know the information in your credit file at the consumer reporting agency (or agencies). The reporting agency (or agencies) did not make our decision for us and cannot supply specific reasons for our decision. You have a right to a free copy of your report(s) from the consumer reporting agency (or agencies), if you ask no later than 60 days after you receive this notice. If you find that any information in the report(s) you receive is inaccurate or incomplete, you have the right to dispute the matter with the consumer reporting agency (or agencies).

**Information about your credit score from Equifax:**
We obtained your credit score from Equifax and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 521
Date: January 28, 2025
Scores range from a low of 250 to a high of 900
Key factors that adversely affected your credit score:
- Serious delinquency, and public record or collection filed (Applicant) Portfolio Recov. Assoc.
- Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high (Applicant)
- Length of time accounts have been established (Applicant)
- Time since delinquency is too recent or unknown (Applicant)
- Inquiries are a key factor (Applicant)

**If you have any questions regarding your Equifax credit score, you should contact Equifax at:**
Address: P.O. Box 740241
Atlanta GA 30374
Toll-free telephone number: 800-685-1111

ADVERSE ACTION means a change of Terms.

8

**Information about Your Credit Score: Experian**
We also attempted to obtain your credit score from Experian to use it in making our credit decision. A credit score is a number that reflects the information in your credit report. A credit score can change, depending on how the information in your credit report changes.

Your credit score was not available from Experian on January 28, 2025. This consumer reporting agency may not have enough information about your credit history to calculate a score.

**Information about Your Credit Score: SageStream, LLC**
We also attempted to obtain your credit score from SageStream, LLC to use it in making our credit decision. A credit score is a number that reflects the information in your credit report. A credit score can change, depending on how the information in your credit report changes.

Your credit score was not available from SageStream, LLC on January 28, 2025. This consumer reporting agency may not have enough information about your credit history to calculate a score.

**THE FEDERAL EQUAL CREDIT OPPORTUNITY ACT PROHIBITS CREDITORS FROM DISCRIMINATING AGAINST CREDIT APPLICATIONS ON THE BASIS OF RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, MARITAL STATUS, AGE (PROVIDED THE APPLICANT HAS THE CAPACITY TO ENTER INTO A BINDING CONTRACT); BECAUSE ALL OR PART OF THE APPLICANT'S INCOME DERIVES FROM ANY PUBLIC ASSISTANCE PROGRAM; OR BECAUSE THE APPLICANT HAS IN GOOD FAITH EXERCISED ANY RIGHT UNDER THE CONSUMER CREDIT PROTECTION ACT. THE FEDERAL AGENCY THAT ADMINISTERS COMPLIANCE WITH THIS LAW CONCERNING THIS CREDITOR IS THE BUREAU OF CONSUMER FINANCIAL PROTECTION, 1700 G STREET NW, WASHINGTON, DC 20552.**

You have a right to a statement of specific reasons for our action. To request a statement, please contact us at the above address or telephone number within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

If you contact us, please refer to the Application Number shown above so that we may respond more quickly.

We regret that we were not able to approve the transaction as submitted.

**Ally Bank**

Credit Acceptance
25505 West Twelve Mile Rd.
Southfield, MI 48034-8339

credit acceptance

**Headquarters**
Silver Triangle Building
25505 West Twelve Mile Rd.
Southfield, Michigan 48034-8339

February 20, 2025
Reference No: 118172321

0014 013396

Jason Contreras
5342 La Cresenta St
San Antonio TX 78228-4421

Dear Jason Contreras:

Thank you for applying to us for vehicle financing.

After carefully reviewing your application, we are sorry to advise you that we cannot grant you financing at this time. If you would like a statement of specific reasons why your application was denied, please contact us using the information shown below within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

Credit Acceptance Corporation
PO Box 5070
Attention: ECOA Reason Request
Southfield, Michigan 48034-5070
(866) 398-9346 (toll-free)

If we obtained information from a consumer reporting agency as part of our consideration of your application, we have placed an "X" next to the name of the reporting agency, and its name, address and toll-free telephone number is shown below. If a consumer reporting agency is not selected below we did not obtain your consumer report. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out about the information contained in your file (if one was used) by contacting the credit reporting agency associated with the box checked below:

[x] Experian
PO Box 2104
Allen, TX 75013
(888) 397-3742 www.experian.com

[ ] Trans Union Consumer Relations
2 Baldwin Place
PO Box 1000
Chester, PA 19022
(800) 888-4213 www.transunion.com/myoptions

[ ] Equifax
PO Box 740241
Atlanta, GA 30374
(800) 685-1111 www.equifax.com

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: **526** Date of Score: **01/28/2025** Scores range from a low of **250** to a high of **877**

Key factors that adversely affected your credit score:

1. Serious delinquency
2. Ratio of balance to limit on bank revolving or other rev accts too high
3. Time since delinquency is too recent or unknown
4. Number of accounts with delinquency
5. Too many inquiries last 12 months

If you have any questions regarding your credit score, you should contact the consumer reporting agency selected above.

Sincerely,

Credit Acceptance Corporation

***Notice***: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580.

9

5:24-cv-01227-XR-RBF 2-18-2025

JASON CONTRERAS (principle)

Jason of the Family Contreras
(Beneficial EQUITABLE TITLE HOLDER)
c/o 5342 La Cresenta
San Antonio Texas, Republic
[78228]

AFFIDAVIT of Truth & Facts with First-Hand Knowledge

Exhibit VI Evidence

Capital ONE
P.O. BOX 31293
Salt Lake City, UT
84131

5-24-CV-01227-XR-RBF

15 USC 1681 . I
15 USC 1681 N

5:24-cv-01227-XR-08/05 2-18-2025

# AFFIDAVIT OF TRUTH

I Jason of the family Contreras, solemnly Swear the statements I have Provided Here today as First Hand Knowledge of these FACTS ARE TRUE & Correct to the best of my Knowledge. ON July 18, 2024 I recieved Confirmation of an acct ending in 6558 was linked to my Account + Social Security number but contained someone elses social Security #. After 11 Representatives from Capital one Could not remove the Acct 6558 because I could not provide that Social Security # but somehow they Attached it to my name & consumer credit report with Experian. My Identity was sold to Portfolio Recovery Associates LLC on 07/18/2024 & a Balance of 417.54 They verified twice by mail after sending my social Security Card photo & Driver License photo. It was verified to my Name. APPEARS NO ONE ACTUALLY reviewed the acct for the Reason Capital One Employees verified it belonging to another Individual but were not able to remove it from my consumer report. I suffered injuries

(2)

5-24-cv-01227-XR-RBF 2-18-2025

From Negative Reporting + Negligence by Not being able to access credit from fraudulent Acct. I Respectfully ASK court to request a motion for Default judgement, or some type of Relief the court finds necessary so that THIS Does not HAPPEN AGAIN. And remove the Acct from my Social ending in 1821

Witness 1 Daniel Cortez Cruz (living man)

WITNESS 2 Dadrian Nathan Contreras (Living man)

By: [signature]

Jason Contreras (living man)

1G1YB3D4455108017
55108017

1G1YB2D[illegible]S5108719
Stock
55108719

9113 2282
2GC4KPEY0J1132282

7

2-18-2025

JASON CONTRERAS (principle)

Jason of the Family Contreras
(Beneficial EQUITABLE TITLE HOLDER)
c/o 5342 La Cresenta
San Antonio Texas, Republic
[78228]

Affidavit of Truth & Facts with First-hand knowledge

Exhibit
VI
[illegible]

Capital ONE
P.O. BOX 31293
Salt Lake City, UT
84131

5-24-CV-01227-XR-RBF

15 USC 1681 I

15 USC 1681 N

TAXE PERCUE
POSTAGE PAID 742.1 & 742.2 DMM
Parcels w/o stamps -
UPU RL 114(2.2) Foreign office of Origin
NON-DOMESTIC w/o the UNITED STATES
FIRST CLASS SPECIAL DELIVERY

TREAT as PREPAID NON Domestic

Jason Contreras
5342 La Cou...
San Antonio Texas Republic
[78228]
w/o the United States
&
NON DOMESTIC MAIL

Western District of Texas
Courthouse
262 W. Nueva Street Rm-2-300
San Antonio, Texas Rep.
[78207]