**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JASON CONTRERAS, *Plaintiff* | § § § | |
| v. | § § | Case No.  SA-24-CV-01227-XR |
| EXPERIAN INFORMATION SOLUTIONS INC., *Defendant* | § § § | |

## ORDER

On May 29, 2026, the Court ordered Plaintiff to show cause why this case should not be dismissed under Rule 4(m). ECF No. 32. The Court noted in that order that failure to respond would result in dismissal.

Rule 41(b) of the Federal Rules of Civil Procedure permits a district court to dismiss a case for want of prosecution or failure to comply with a court order. FED. R. CIV. P. 41(b). The Court's authority in this regard stems from its inherent power to control its docket and prevent undue delays in the disposition of pending cases. *Boudwin v. Graystone Ins. Co.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash R. Co.*, 370 U.S. 626 (1962)).

Plaintiff neither complied with the Court's order of May 29, 2026, nor requested an extension to do so. Accordingly, the Court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and/or failure to comply with an order of the Court. A final judgment pursuant to Rule 58 will issue separately.

The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff Jason Contreras at 3138 Royalton, San Antonio, Texas 78228.

It is so **ORDERED**.

**SIGNED** this July 1, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE