**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JASON CONTRERAS, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No.  SA-24-CV-01227-XR |
| | § | |
| CAPITAL ONE BANK (USA) NA, | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS INC., | | |
| *Defendants* | | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Jason Contreras shall take nothing by his claims against Defendant Capital One Bank (USA) NA. Plaintiff's claims against Capital One are **DISMISSED WITH PREJUDICE.**

Plaintiff shall take nothing by his claims against Defendant Experian Information Solutions, Inc. Plaintiff's claims against Experian are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this July 1, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1